# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

## Minute Entry

### Hearing Information:

| | |
|---|---|
| Debtor: | ROBERT EDGIN & BELINDA D. CONTRERAS |
| Case Number: | 2:09-bk-18875-GBN  Chapter: 7 |
| Date / Time / Room: | TUESDAY, NOVEMBER 03, 2009 02:00 PM  7TH FLOOR #702 |
| Bankruptcy Judge: | GEORGE B. NIELSEN |
| Courtroom Clerk: | JAN HERNANDEZ |
| Reporter / ECR: | JO-ANN STAWARSKI |

### Matter:

PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY NATIONSTAR MORTGAGE.

R / M #: 15 / 0

### Appearances:

JOSEPH W. CHARLES, ATTORNEY FOR ROBERT EDGIN, BELINDA D. CONTRERAS
LEONARD J. MCDONALD, ATTORNEY FOR NATIONSTAR MORTGAGE

### Proceedings:

COUNSEL DISCUSS WHETHER THEIR AGREEMENT WAS TO CONTINUE THE HEARING FOR FORTY-FIVE DAYS OR ALLOW TO HAVE THE STAY LIFT IN FORTY-FIVE DAYS.

THE COURT: A CONTINUED HEARING IS SET FOR NOVEMBER 19, 2009 AT 2:15 P.M.

Case 2:09-bk-18875-GBN    Doc 23    Filed 11/03/09    Entered 11/12/09 09:34:04    Desc
Main Document    Page 1 of 1