# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

|  |  |
|---|---|
| **Debtor:** | ROBERT EDGIN & BELINDA D. CONTRERAS |
| **Case Number:** | 2:09-bk-18875-GBN          **Chapter:**  7 |
| **Date / Time / Room:** | THURSDAY, NOVEMBER 19, 2009 02:15 PM   7TH FLOOR #702 |
| **Bankruptcy Judge:** | GEORGE B. NIELSEN |
| **Courtroom Clerk:** | JAN HERNANDEZ |
| **Reporter / ECR:** | JO-ANN STAWARSKI |

## *Matter:*

CONTINUED PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY NATIONSTAR MORTGAGE.(FR. 11-03)
**R / M #:**   15 / 0

## *Appearances:*

LEONARD J. MCDONALD, ATTORNEY FOR NATIONSTAR MORTGAGE

## *Proceedings:*

MR. MCDONALD STATES THAT HE IS NOT SURE WHY MR. CHARLES IS NOT PRESENT.

THE COURT:  IT IS NOTED THAT A REPORT OF NO DISTRIBUTION WAS FILED.  THE STAY IF LIFTED.  THE COURT WILL SIGN AN UPLOADED ORDER.